# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STANLEY B. TULIN and RIKI TULIN** | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 25-1721** |
| v. | : | |
| | : | |
| **J.P. MORGAN CHASE NATIONAL CORPORATE, J.P. MORGAN INVESTMENT MANAGEMENT INC., J.P. MORGAN PRIVATE WEALTH ADVISORS, LLC, JPMORGAN CHASE & CO., and JP MORGAN CHASE BANK, N.A.** | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 14th day of August 2025, upon consideration of the Defendants' *motion to dismiss for improper venue or, alternatively, motion to transfer venue*, (ECF 8), Plaintiffs' response in opposition, (ECF 11), Defendants' reply, (ECF 14), and the allegations in Plaintiffs' complaint, (ECF 1-1), it is hereby **ORDERED** that, for the reasons set forth in the accompanying memorandum opinion, the motion is **GRANTED**, *in part*. Accordingly, the Clerk of Court is directed to transfer this matter to the United States District Court for the Southern District of New York.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*