UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
STANLEY B. TULIN and RIKI TULIN,                                       :
:
                  Plaintiffs,                              :
:     25 Civ. 6773 (JPC)
     -v-                                                              :
:     <u>ORDER</u>
J.P. MORGAN CHASE NATIONAL CORPORATE, *et*     :
*al.*,                                                                           :
:
                  Defendants.                              :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case was transferred to this District from the United States District Court for the Eastern District of Pennsylvania and assigned to the undersigned on August 15, 2025. By August 25, 2025, Plaintiffs shall file a copy of the Complaint on the docket. Defendants shall respond to the Complaint by September 8, 2025.

      SO ORDERED.

Dated: August 17, 2025
       New York, New York                            JOHN P. CRONAN
                                                United States District Judge