UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                                                                                                    :

STANLEY B. TULIN and RIKI TULIN,                         :

                         Plaintiffs,                                        :

                  -v-                                                        :                 25 Civ. 6773 (JPC)

J.P. MORGAN CHASE NATIONAL CORPORATE *et al.*,  :           <u>ORDER</u>

                  Defendants.                                     :

------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

      This case has been assigned to the undersigned for all purposes.  **All counsel must familiarize themselves with the Court's Individual Rules, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan**.

      The Court has reviewed Defendants' letter seeking leave to file a motion to dismiss, Dkt. 29, Plaintiffs' response opposing Defendants' request, Dkt. 30, Plaintiffs' subsequent letter seeking leave to file a motion to amend their Complaint, Dkt. 31, and Defendants' response stating their opposition to that request, Dkt. 32.

      Counsel for all parties are hereby ORDERED to appear before the undersigned for a conference on September 19, 2025, at 9:30 a.m.  Unless the Court orders otherwise, the Court will conduct the conference by teleconference on Webex.  At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.  Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel.

      SO ORDERED.

Dated: September 18, 2025
       New York, New York

                                          JOHN P. CRONAN
                                          United States District Judge