UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STANLEY B. TULIN and RIKI TULIN,

Plaintiffs,

-v-

J.P. MORGAN CHASE NATIONAL CORPORATE *et al.*,

Defendants.

---

25 Civ. 6773 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On September 30, 2026, the Court issued an Opinion and Order granting in part and denying in part Defendants' motion to dismiss and granting Plaintiffs leave to amend their Amended Complaint within thirty days. Dkt. 47. Thirty days have passed, and Plaintiffs have not amended their Amended Complaint. Accordingly, Defendants shall answer the surviving claims in the Amended Complaint by November 18, 2026.

SO ORDERED.

Dated: November 4, 2026
New York, New York

JOHN P. CRONAN
United States District Judge